IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CONQUEST OFFSHORE BV, *et al.,* )<br>    Plaintiffs,                                )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>M/V PRETTY TEAM, *et al.*,            )<br>    Defendants.                            ) | CIVIL ACTION: 1:19-000621-KD-MU |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge dated May 27, 2022 and made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' re-urged joint motion to dismiss (Doc. 161) is **GRANTED** and that the Plaintiffs' Complaint is hereby **DISMISSED with prejudice** pursuant to Rules 41(b), 37(b), and/or 37(d) of the Federal Rules of Civil Procedure, as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **16th** day of **June 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**