IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CONQUEST OFFSHORE BV, *et al.,* ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION: 1:19-000621-KD-MU |
| ) | |
| M/V PRETTY TEAM, *et al.*, ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the Plaintiffs' Complaint is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **16th** day of **June 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**